IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRAZ COLEMAN**                                                                                   **PETITIONER**

vs.                                                            CIVIL ACTION No.: 3:23-CV-214-HTW-LGI

**SHERIFF BILLIE SOLLIE and**
**CAPTAIN UNKNOWN FORTENBERRY**                                      **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 15]**. In her Report and Recommendation, filed on November 29, 2024, Magistrate Judge Isaac recommended that Petitioner Braz Coleman's §2241 petition be dismissed for failure to state a claim upon which habeas relief may be granted and/or in the alternative, for failure to exhaust administrative remedies. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

Following the Report and Recommendation, Coleman filed an unsigned pleading challenging his public defender's performance as evidence of "bad faith" in his state court proceeding [Doc. 16]. Coleman then filed his Objections to the Report and Recommendation. [Doc. 17]. Respondents have filed a timely reply addressing Coleman's objections [Doc. 19].

In this Court's eye, Coleman cites no valid factual or legal basis sufficient to overcome the Magistrate Judge's well-reasoned and legally sound Report and Recommendation. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge **[Docket no. 15]** as the order of this court.

IT IS THEREFORE ORDERED THAT Petitioner Coleman's Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED** for failure to state a claim upon which habeas relief may be granted.

**SO ORDERED this the 21st day of July, 2024.**

                        **/s/HENRY T. WINGATE**
                        **UNITED STATES DISTRICT COURT JUDGE**